# EXHIBIT A

## Red Sense Restructuring & New Owner Onboarding

The undersigned (a "**Founder**" acting on behalf of all "**Founders**") following a meeting on Thursday, December 22, 2022, whereby the Founders of **Red Sense, LLC** (the "**Company**") with headquarters at 109 E. 17th Street, Suite #5968, Cheyenne, WY 82001 have unanimously voted in the affirmative to onboard Elisei Boguslavskii as an equal Partner of Red Sense.

In consideration for equal ownership and equal partner status as the original Founders, the undersigned hereby agree as follows:

### 1. SEED FUNDING FOR THE COMPANY

Section 1.1 Each Red Sense, LLC Founder has agreed to provide $100,000 in seed funding or in-kind contribution for the formation of the Company:

**Kevin Stear** – to provide the initial cash infusion of $100,000 on or by [Funding Complete].

**Michael Zeiger** – to provide a follow-on cash infusion of $100,000 on or by December 31, 2022. Due to the theft of funds by AdvIntel, the partner committee has agreed to allow additional time for payment via partial forefiture of sales revenue and bonuses until the remaining $55,000 owed is contributed.

**David Montanaro** – to provide a follow-on cash infusion of $100,000 [Funding Complete].

**Tarik Rahmanovic** – to provide "In kind funding" in the form of software and Intellectual Property for Company benefit and use by the Company in lieu of the $100,000 seed funding contribution.

**Bryan VanSickle** – to provide a follow-on cash infusion of $100,000 [Funding Complete].

**Based upon this binding agreement, in consideration for becoming a full and equal Red Sense Partner (Owner);**

**Elisei Boguslavskii** – to provide "In kind funding" in the form of Threat Intelligence and Intellectual Property for Company benefit and use by the Company in lieu of the $100,000 seed funding contribution as part of this agreement with Red Sense, LLC.

Section 1.2 Any future agreement that requires an ownership interest in Red Sense, LLC or additional company funding must be agreed to by a majority of the Founders.

## 2. OWNERSHIP STRUCTURE UPON FORMATION

Section 2.1 The Founders have also decided and agree that each of the (6) owners of Red Sense, LLC (upon the addition of Elisei Boguslavskii becoming an equal partner/owner with the same standing as the Founders); will own 15% of the company and will reserve the remaining 10% interest and ownership in the Company for strategic hires, advisory shares, and an employee stock option pool. For purposes of the rest of this agreement, we will use the term "Founder(s)" to mean the same as "Partner", "Founding Partners" or "Equal Owner" as the company philosophy is that we all bring different points of value to the company, but we will all win together as one team.

Section 2.2 The shares issued to each Founder shall vest on a vesting schedule to be determined by the Founders. The purpose of the vesting schedule is to encourage the Founders to stay with the Company over the vesting period. If a Founder departs the Company prior to full vesting of his shares, the remaining portion of any unvested shares shall be returned to the Company in accordance with that vesting schedule.

Section 2.3 The shares issued to each Founder shall come from the same series and class of shares, such that there is no difference in the rights (including but not limited to voting and distribution rights) accorded to the shares issued to each Founder.

## 3. CONFIDENTIALITY

Section 3.1 The Founders agree to keep the terms of this collaboration and funding agreement confidential; disclosure of the collaboration and funding agreement will occur only on an as-needed basis and only upon consent of all Founders.

## 4. Red Sense FOUNDING PARTNER (OWNERS) COMPENSATION FRAMEWORK

Each of the Red Sense (Founding Partners / Owners) will be compensated according to the following principles:

Section 4.1. First, all Red Sense employees, contractors, and any general company expenses are paid before the quarterly profits are distributed to the Red Sense Owners in accordance with the percentage ownership of the Company. For example, at this time in January 2023, there are (6) Founding Partners (Owners) of Red Sense, LLC each with a 15% ownership stake.

Section 4.2. Second, before any quarterly profits are distributed to the Owners, 10% of all Sales Revenues which are recognized / received by Red Sense will be taken off the top and be put into a general pool (the Red Sense Company Growth and Operating Fund) which will be accrued and used by Red Sense, LLC to grow the business or for special cases. At any time, should the size of this fund grow larger that which is needed to accommodate anticipated company growth projections and needs, the Owners can vote by majority vote to distribute some of these funds to the Owners.

Section 4.3. Third, before any profits are distributed to the Owners, 10% of all Sales Revenues generated by Red Sense, LLC will be distributed to the Individual or individual(s) responsible for bringing such leads or opportunities to Red Sense, LLC which convert to a sale and company revenue. Payment of this distribution will be made upon receipt of revenue by Red Sense, LLC and the specific split of the 10% will be managed by the Red Sense Chief Revenue Officer (Head of Sales).

## 5. CONTRACTUAL COMMUNICATION AND DISPUTE RESOLUTION

Section 5.1 In the highly unlikely event that the Founders do not wish to continue their mutual collaboration in the Company, the Founders shall discuss a mutually agreeable separation and division of assets of the Company to ensure that the Founders have provided equivalent seed funding. More details will be documented in the Red Sense, LLC operating agreement (by-laws and buy/sell agreement).

## 6. REPRESENTATIONS AND WARRANTIES

Section 6.1 Each Founder has represented and warranted that he is not a party to any other agreement that would restrict such Founder's ability to perform his obligations as set forth in the original Founder Collaboration & Funding Agreement. Each Founder represents and warrants that no third party can claim any rights to any intellectual property or other proprietary right possessed by that Founder as it relates to the Company.

Likewise, Elisei Boguslavskii agrees to the above as well in consideration of becoming an Equal Owner of Red Sense, LLC.

## 7. CHOICE OF LAW

This Agreement shall be governed by and construed in all respects in accordance with the law of the state of Wyoming.

IN WITNESS WHEREOF for THIS AGREEMENT, and on behalf of Red Sense, LLC on January 25, 2023.

_____

Michael Zeiger


IN WITNESS WHEREOF for THIS AGREEMENT, and on behalf of Elisei Boguslavskii and AFFIX Advisory, LLC on January 25, 2023.

_____

Elisei Boguslavskii

Sworn to and subscribed before me this 25 day of January 20 23

*[Notary signature]*

ZOILA R. VARGAS
NOTARY PUBLIC OF NEW JERSEY
Commission # 2374097
My Commission Expires 5/27/2023