# EXHIBIT D



Preetha Chakrabarti
PChakrabarti@crowell.com
(212) 895-4327  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

March 17, 2025

**VIA FED-EX & EMAIL**

Yelisey Bohuslavskiy
7000 JFK Blvd E, Apt. 42D
Guttenberg, NJ 07093
eliseydmitriev@gmail.com
yelisebohuslavskiy@gmail.com

Dear Mr. Bohuslavskiy,

Our law firm, Crowell & Moring LLP, has been retained to represent RedSense LLC ("RedSense"). It is our understanding that you have resigned your partnership duties from RedSense as of February 24, 2025, but that you nonetheless continue to contact RedSense customers using your personal email address, alerting the RedSense customers, partners and prospective customers/partners to a potential adverse threat. In your communication you state that you have been blocked from RedSense communication channels, but that you remain a co-founder, partner, and shareholder of RedSense. Given that you have resigned as Chief Research Officer of RedSense, you are not authorized to communicate to RedSense customers, partners and prospective customers/partners and purporting to represent the interest of RedSense.

Furthermore, it has come to our attention that through these communications you are alleging "ethical" and "contractual" concerns with RedSense. You have also made these same false statements in a recent LinkedIn post (https://www.linkedin.com/posts/yelisey-bohuslavskiy-214a02bb_professional-announcement-last-week-activity-7303522308663435264-fyIj?utm_source=share&utm_medium=member_desktop&rcm=ACoAABI_jQ8Br3x-Nm5Cf1p2git35cVBYjV764U) ("LinkedIn Post").  These false statements harm and will continue to harm RedSense's reputation. Indeed, your communications with RedSense customers have disrupted and interfered with the relationship that RedSense has with these customers and have harmed RedSense's good will reputation in the industry. This rises to a tort, for which RedSense can pursue damages, including punitive damages against you. **We therefore demand that you to immediately cease and desist your communications with RedSense customers, partners and prospective customers/partners.**

Additionally, following your resignation, we have become aware that you were responsible for approving RedSense payments on invoices received from third party companies, such as but not limited to Affix Advisory, LLC and EasyStaff UAB, purporting to perform work for RedSense. Our investigation to date has revealed that as all results are now unaccounted for upon your departure, and more concerning, it appears that you have been approving invoices in order to further your own self-interests and financial benefit from RedSense.

Finally, you have retained in your possession significant amounts of RedSense company property that does not belong to you. We demand that you immediately return the following property including



TLP:CLEAR
EXHIBIT D

but not limited to the following RedSense company property ("RedSense Property"): (1) Project Pylon (AIDIS) including all software and documentation; (2) Pyrus platform including all data since inception; (3) Easy Staff Deliverables, including code, data, research, LLM, documentation; (4) Igor Dmitireiv's deliverables as stated in the agreement dated August 1, 2023;  (5) Forum Scraping code and results to date; (6) OpenCTU instance and all RedSense Threat Intelligence contained therein; and (7) All AdvIntel Reports and threat intelligence since inception.

Please respond to this letter within 24 hours to confirm that you have complied with the demands set forth in this letter, namely:

1. Cease and desist all communications with **RedSense customers, partners and prospective customers/partners.**

    a. Should you receive any responses to these communications that you have already improperly sent, direct them to Legal@RedSense.com.

2. Cease and desist representing that you are currently affiliated with RedSense, either in communications with customers, partners and prospective customers/partners or on your LinkedIn profile, Twitter profile or on any other Forum or social media platform.

3. Remove the reference to "due to ethical and contractual concerns" from the LinkedIn Post as this statement is false and cease and desist any further reference to such false statements.

4. Return any and all RedSense Property as delineated in the above.

Please contact me within 24 hours of your receipt of this letter to confirm your compliance with the foregoing requests at either 212-895-4327 or pchakrabarti@crowell.com. While RedSense wishes to resolve this matter amicably, RedSense expressly reserves all rights and remedies (equitable or otherwise).

Sincerely,

Preetha Chakrabarti

2