Preetha Chakrabarti
Rachel Elaine Hsu (*pro hac vice* forthcoming)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
pchakrabarti@crowell.com
rhsu@crowell.com

Anna Z. Saber (*pro hac vice* forthcoming)
CROWELL & MORING LLP
3 Embarcadero, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
asaber@crowell.com

*Attorneys for Plaintiff Red Sense LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Red Sense LLC<br><br>                Plaintiff,<br><br>     v.<br><br>Yelisey Bohuslavskiy,<br>  a.k.a. Elisei Boguslavskii<br><br>                Defendant. | Civil Action No. 2:25-cv-12281<br><br>**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that, on August 4, 2025, or as soon thereafter as counsel may be heard, Plaintiff Red Sense LLC ("RedSense"), will move before this Court pursuant to Federal Rule of Civil Procedure 65(a) and the Lanham Act, 15 U.S.C. § 1125 for an Order enjoining Defendant Yelisey Bohuslavskiy from engaging in the following conduct:

a) Publicly or privately soliciting RedSense's current customers and prospective customers for business;

b) Publicly or privately denigrating the quality of RedSense's cybersecurity services;

c) Publicly or privately using RedSense proprietary or trade secret information or RedSense property that rightfully belongs to RedSense (but that Bohuslavskiy has absconded with) to improperly compete with RedSense;

d) Publicly or privately making false statements about RedSense, its products and services for the purpose of stealing the business away from RedSense;

e) Publicly or privately making false statements about RedSense not honoring its customer contracts;

  f)  Holding himself out as a representative of RedSense or as someone who is authorized to act on behalf of RedSense at industry events or via other public platforms; and

  g)  Engaging in speaking engagements where he purports to speak as a representative of or on behalf of RedSense.

  PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiff will rely upon the accompanying Memorandum of Points and Authorities, the Declarations of David Montanaro and Damian Miller in support of this Motion and the exhibits attached thereto, the pleadings on file in this action, and on such argument and evidence as may be presented at the hearing on this Motion.

  PLEASE TAKE FURTHER NOTICE that a Proposed Order and Certificate of Service are submitted herewith.

| | |
|---|---|
| Dated: July 1, 2025 | CROWELL & MORING LLP |

By: <u>s/ Preetha Chakrabarti</u>
Preetha Chakrabarti

pchakrabarti@crowell.com
Rachel Hsu (*pro hac vice* forthcoming)
rhsu@crowell.com
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223 4000
Facsimile: (212) 223 4134

Anna Z. Saber (*pro hac vice* forthcoming)
asaber@crowell.com
Crowell & Moring LLP
3 Embarcadero, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Plaintiff Red Sense LLC*

4