# EXHIBIT B

**From:** Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com>
**Date:** Thursday, March 6, 2025 at 1:17 PM
**To:** █████████████████████████████████
**Subject:** [EXTERNAL] [RED SENSE] 2025-03-06 ████ Alert on Novel Adversarial Campaign

You don't often get email from yeliseybohuslavskiy@gmail.com. Learn why this is important

**\*\*WARNING: External Email Alert\*\***

**Exercise caution when interacting with this email. Please be aware that it originates from an external sender. Think before clicking on links or opening attachments.**

Dear ███████████████

This is Yelisey Bohuslavskiy, a partner and shareholder at RedSense.

I am writing from my personal email because my team and I, in my capacity as Chief Research Officer, have recently resigned from RedSense. As a result, I have been blocked from corporate email, Slack, and other formal means of communication.

Despite resigning as head of the RedSense intel team, I remain a co-founder, partner, and shareholder. As such, I continue to honor my obligations to you as a RedSense customer, ensuring seamless intel provision.

*I also encourage you to contact RedSense directly for any additional insights regarding the adversarial threat I am alerting you about.*

My team and I have preserved the visibility into top-tier ransomware groups, botnets, forums, and vetted Telegram communities—an intelligence network we have built over six years since AdvIntel's establishment as a part of close cooperation with law enforcement on ransomware threat prevention. Naturally, I am obligated to provide you with immediate alerts regarding any adversarial campaigns, whether in ransomware chats, forums, or major botnets.

This letter concerns an active adversarial campaign that may target ██████ due to your major role in the US healthcare industry.

Yesterday, we identified a major initiative launched by top Russian-speaking ransomware APTs, including BlackSuit and Safepay (with many others involved), aiming to industrially bruteforce vulnerable endpoints while simultaneously conducting a large-scale OSINT-based phishing campaign against major U.S. corporations.

The full report, highlighting 10 critical defensive measures, is attached as a PDF.

As this campaign is rapidly evolving, we are closely monitoring developments and will continue to provide updates.

As a major RedSense shareholder, I remain committed to the security and well-being of our clients. I will continue to provide critical alerts and assistance to the best of my ability. If you have any questions or require urgent cyber incident support, please feel free to reach out.

This alert and any assistance offered are strictly in accordance with my obligations as a RedSense partner and security expert working with law enforcement agencies, not as a separate or competing venture.

For this purpose, please whitelist my email: yeliseybohuslavskiy@gmail.com.
For urgent matters involving Russian-speaking ransomware APTs, top-tier botnets, criminal forums, or exploited credentials, contact me via phone or Signal: +1 (202) 751-99-57.

(At least unless RedSense unblocks my accounts for proper alerting via corporate channels.)

I appreciate your attention to this matter and look forward to restoring a more direct and formal collaboration soon.


Kind Regards,
Yelisey Bohuslavskiy
RedSense Partner & Co-Founder
yeliseybohuslavskiy@gmail.com
+1 (202) 751-99-57

3



From: Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com>
Date: Thursday, March 13, 2025 at 12:57 PM
To: █████████████████████████████████████████

EXHIBIT B PAGE 3

**Subject:** Re: [RED SENSE] 2025-03-06 ▇▇▇ Alert on Novel Adversarial Campaign - Threat Level High

**EXTERNAL EMAIL:** Only click links or open attachments if you recognize the sender and know the content is safe.

Dear ▇▇▇

We just obtained **visibility to several Supershell backdoor botnet panels.**

Supershell is an advanced tool developed by Chinese developers that has been used in **targeted attacks by Chinese state actors and cyber espionage** against targets in North America and Asia.

Most importantly, Supershell is a tool that can and is most likely used by **IABs (initial access brokers) to facilitate ransomware attacks**. Its use may be connected to the larger adversarial campaign currently unfolding, which is a collective effort of several Russian-speaking groups.

The report covers our findings and provides a detailed threat analysis of Supershell: how it is used, what is its role in the threat landscape, and what the mitigations are to remediate the risk.

**Most importantly, I attach the IP addresses of compromised systems in these panels for your check.** (Attached in txt as archives are often flagged). This is the initial investigation, we are looking to expand the visibility beyond the current seven panels which we just obtained.

Please let me know if you have any questions.

Kind Regards,

Yelisey

On Thu, Mar 6, 2025 at 3:44 PM Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com> wrote:

> Dear ▇▇▇
>
> This is Yelisey Bohuslavskiy, a partner and shareholder at RedSense.
>
> I am writing from my personal email because my team and I, in my capacity as Chief Research Officer, have recently resigned from RedSense due to ethical and contractual concerns. As a result, RedSense terminated my access to my corporate email, Slack, and other formal means of communication.
>
> Despite resigning as head of the RedSense intel team, I remain a co-founder, partner, and shareholder. As such, I continue to honor my obligations to you as a RedSense customer, ensuring **seamless intel provision and continuity**.
>
> This letter concerns an **active adversarial campaign** that may target you based on previous targeting patterns of the ransomware groups involved.
>
> This campaign is clearly aimed at major US healthcare firms, among other targets.

*I also encourage you to contact RedSense directly for any additional insights regarding the adversarial threat I am alerting you about or any other threat alerts in the future.*

Yesterday, we identified a major initiative launched by top Russian-speaking ransomware APTs, including **BlackSuit** and **Safepay** (with **Akira, Fog, Play, Lynx,** and **former BlackBasta** likely involved), aiming to industrially bruteforce vulnerable endpoints while simultaneously conducting a large-scale OSINT-based phishing campaign against major U.S. corporations.

The full report, highlighting 10 critical defensive measures, is attached as a PDF.

As this campaign is rapidly evolving, we are closely monitoring developments and will continue to provide updates.

As a major RedSense shareholder, I remain committed to the security and well-being of our clients. I will continue to provide critical alerts and assistance to the best of my ability. If you have any questions or require urgent cyber incident support, please feel free to reach out.

My team and I have preserved the unique visibility into top-tier ransomware groups, botnets, forums, and vetted Telegram communities—an intelligence network we have built over six years since AdvIntel's establishment as a part of close cooperation with law enforcement on ransomware threat prevention. Naturally, I am obligated to provide you with immediate alerts regarding any adversarial campaigns that we observe via this visibility.

This alert and any assistance offered are strictly in accordance with my obligations as a RedSense partner and security expert working with law enforcement agencies, not as any separate or competing venture.

For the purpose of future alerts, please whitelist my email: **yeliseybohuslavskiy@gmail.com**.
For urgent matters involving Russian-speaking ransomware APTs, top-tier botnets, criminal forums, or exploited credentials, contact me **via phone or Signal: +1 (202) 751-99-57.**

(At least unless RedSense unblocks my accounts for proper alerting via corporate channels.)

I appreciate your attention to this matter and look forward to restoring a more direct and formal collaboration soon.

Kind Regards,
Yelisey Bohuslavskiy
Partner & Co-Founder at RedSense
yeliseybohuslavskiy@gmail.com
+1 (202) 751-99-57



**From:** Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com>
**Sent:** Thursday, March 13, 2025 7:55 AM
**To:**
**Subject:** Re: [RED SENSE] 2025-03-06 ▮▮▮▮▮ Alert on Novel Adversarial Campaign - Threat Level High

**CAUTION:** This is an EXTERNAL email. DO NOT open attachments or click links from UNKNOWN senders or in UNEXPECTED emails.

Dear ███████,

We just obtained **visibility to several Supershell backdoor botnet panels.**

Supershell is an advanced tool developed by Chinese developers that has been used in **targeted attacks by Chinese state actors and cyber espionage** against targets in North America and Asia.

Most importantly, Supershell is a tool that can and is most likely used by **IABs (initial access brokers) to facilitate ransomware attacks.** Its use may be connected to the larger adversarial campaign currently unfolding, which is a collective effort of several Russian-speaking groups.

The report covers our findings and provides a detailed threat analysis of Supershell: how it is used, what is its role in the threat landscape, and what the mitigations are to remediate the risk.

**Most importantly, I attach the IP addresses of compromised systems in these panels for your check.** (Attached in txt as archives are often flagged). This is the initial investigation, we are looking to expand the visibility beyond the current seven panels which we just obtained.

Please let me know if you have any questions.

Kind Regards,

Yelisey

On Thu, Mar 6, 2025 at 3:54 PM Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com> wrote:
> Dear ███████,
>
> This is Yelisey Bohuslavskiy, a partner and shareholder at RedSense.
>
> I am writing from my personal email because my team and I, in my capacity as Chief Research Officer, have recently resigned from RedSense due to ethical and contractual concerns. As a result, RedSense terminated my access to my corporate email, Slack, and other formal means of communication.
>
> Despite resigning as head of the RedSense intel team, I remain a co-founder, partner, and shareholder. As such, I continue to honor my obligations to you as a RedSense customer, ensuring **seamless intel provision and continuity**.
>
> This letter concerns an **active adversarial campaign** that may target you based on previous targeting patterns of the ransomware groups involved.
>
> This campaign is clearly aimed at major US healthcare firms, among other targets.

*I also encourage you to contact RedSense directly for any additional insights regarding the adversarial threat I am alerting you about or any other threat alerts in the future.*

Yesterday, we identified a major initiative launched by top Russian-speaking ransomware APTs, including **BlackSuit** and **Safepay** (with **Akira, Fog, Play, Lynx,** and **former BlackBasta** likely involved), aiming to industrially bruteforce vulnerable endpoints while simultaneously conducting a large-scale OSINT-based phishing campaign against major U.S. corporations.

The full report, highlighting 10 critical defensive measures, is attached as a PDF.

As this campaign is rapidly evolving, we are closely monitoring developments and will continue to provide updates.

As a major RedSense shareholder, I remain committed to the security and well-being of our clients. I will continue to provide critical alerts and assistance to the best of my ability. If you have any questions or require urgent cyber incident support, please feel free to reach out.

My team and I have preserved the unique visibility into top-tier ransomware groups, botnets, forums, and vetted Telegram communities—an intelligence network we have built over six years since AdvIntel's establishment as a part of close cooperation with law enforcement on ransomware threat prevention. Naturally, I am obligated to provide you with immediate alerts regarding any adversarial campaigns that we observe via this visibility.

This alert and any assistance offered are strictly in accordance with my obligations as a RedSense partner and security expert working with law enforcement agencies, not as any separate or competing venture.

For the purpose of future alerts, please whitelist my email: **yeliseybohuslavskiy@gmail.com**.
For urgent matters involving Russian-speaking ransomware APTs, top-tier botnets, criminal forums, or exploited credentials, contact me **via phone or Signal: +1 (202) 751-99-57.**

(At least unless RedSense unblocks my accounts for proper alerting via corporate channels.)

I appreciate your attention to this matter and look forward to restoring a more direct and formal collaboration soon.

Kind Regards,
Yelisey Bohuslavskiy
Partner & Co-Founder at RedSense
yeliseybohuslavskiy@gmail.com
+1 (202) 751-99-57

---

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com>
**Date:** Tuesday, March 18, 2025 at 3:00 PM
**To:** ███████████████████████████
**Subject:** [EXTERNAL] Re: [RED SENSE] 2025-03-06 ████ Alert on Novel Adversarial Campaign

You don't often get email from yeliseybohuslavskiy@gmail.com. Learn why this is important

**\*\*WARNING: External Email Alert\*\***
**Exercise caution when interacting with this email. Please be aware that it originates from an external sender. Think before clicking on links or opening attachments.**

Team,

Please find this alert as well. This is related to yesterday's notification.

Actors, including BlackSuit and INC, continue to develop their adversarial campaign. Right now, they are investigating and performing reminiscence operations against US healthcare companies.

Their new TTPs and current methods, as well as mitigations, are described in the report.

Please let me know if you have any questions.

Kind regards,

Yelisey

On Mon, Mar 17, 2025 at 3:11 PM Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com> wrote:
> Dear ████,
>
> I've attached the update on the ongoing Russian ransomware initial access campaign targeting US companies, particularly in the sectors **of healthcare (40% of targets).**
>
> This update includes a detailed victimology analysis as well as an update on the current stage of the campaign and the actions that the actors are taking.

Please let me know if you have any questions; we are monitoring this situation very closely.

Kind regards,

Yelisey

On Thu, Mar 13, 2025 at 1:58 PM Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com> wrote:

> Dear ▮▮▮▮▮▮▮▮▮▮,
>
> We just obtained **visibility to several Supershell backdoor botnet panels.**
>
> Supershell is an advanced tool developed by Chinese developers that has been used in **targeted attacks by Chinese state actors and cyber espionage** against targets in North America and Asia.
>
> Most importantly, Supershell is a tool that can and is most likely used by **IABs (initial access brokers) to facilitate ransomware attacks**. Its use may be connected to the larger adversarial campaign currently unfolding, which is a collective effort of several Russian-speaking groups.
>
> The report covers our findings and provides a detailed threat analysis of Supershell: how it is used, what is its role in the threat landscape, and what the mitigations are to remediate the risk.
>
> **Most importantly, I attach the IP addresses of compromised systems in these panels for your check.** (Attached in txt as archives are often flagged). This is the initial investigation, we are looking to expand the visibility beyond the current seven panels which we just obtained.
>
> Please let me know if you have any questions.
>
> Kind Regards,
>
> Yelisey
>
> On Thu, Mar 6, 2025 at 2:17 PM Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com> wrote:
>
>> Dear ▮▮▮▮▮▮▮▮▮▮,
>>
>> This is Yelisey Bohuslavskiy, a partner and shareholder at RedSense.
>>
>> I am writing from my personal email because my team and I, in my capacity as Chief Research Officer, have recently resigned from RedSense. As a result, I have been blocked from corporate email, Slack, and other formal means of communication.
>>
>> Despite resigning as head of the RedSense intel team, I remain a co-founder, partner, and shareholder. As such, I continue to honor my obligations to you as a RedSense customer, ensuring seamless intel provision.
>>
>> *I also encourage you to contact RedSense directly for any additional insights regarding the adversarial threat I am alerting you about.*

My team and I have preserved the visibility into top-tier ransomware groups, botnets, forums, and vetted Telegram communities—an intelligence network we have built over six years since AdvIntel's establishment as a part of close cooperation with law enforcement on ransomware threat prevention. Naturally, I am obligated to provide you with immediate alerts regarding any adversarial campaigns, whether in ransomware chats, forums, or major botnets.

This letter concerns an active adversarial campaign that may target ▮▮▮▮▮ due to your major role in the US healthcare industry.

Yesterday, we identified a major initiative launched by top Russian-speaking ransomware APTs, including BlackSuit and Safepay (with many others involved), aiming to industrially bruteforce vulnerable endpoints while simultaneously conducting a large-scale OSINT-based phishing campaign against major U.S. corporations.

The full report, highlighting 10 critical defensive measures, is attached as a PDF.

As this campaign is rapidly evolving, we are closely monitoring developments and will continue to provide updates.

As a major RedSense shareholder, I remain committed to the security and well-being of our clients. I will continue to provide critical alerts and assistance to the best of my ability. If you have any questions or require urgent cyber incident support, please feel free to reach out.

This alert and any assistance offered are strictly in accordance with my obligations as a RedSense partner and security expert working with law enforcement agencies, not as a separate or competing venture.

For this purpose, please whitelist my email: yeliseybohuslavskiy@gmail.com.
For urgent matters involving Russian-speaking ransomware APTs, top-tier botnets, criminal forums, or exploited credentials, contact me via phone or Signal: +1 (202) 751-99-57.

(At least unless RedSense unblocks my accounts for proper alerting via corporate channels.)

I appreciate your attention to this matter and look forward to restoring a more direct and formal collaboration soon.


Kind Regards,
Yelisey Bohuslavskiy
RedSense Partner & Co-Founder
yeliseybohuslavskiy@gmail.com
+1 (202) 751-99-57

**Disclaimer:** This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

**From:** Yelisey Bohuslavskiy <yeliseybohuslavskiy@gmail.com>
**Sent:** Tuesday, April 29, 2025 4:55 PM
**To:** ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
**Subject:** [ EXTERNAL ] Request to Schedule Intel Briefing – Threat Trends Q1 2025

[ EXTERNAL ]
Dear ███████████ ,

I hope this message finds you well.

Based on my understanding of the established intelligence-sharing framework within RedSense (such as the Q4 2024 Intel Briefing), there has been a practice of delivering at least one Threat Intelligence Briefing per quarter. Given that the first quarter of 2025 has concluded without — to the best of my knowledge — a corresponding briefing being delivered, I would like to propose hosting one now.

This would serve to meet our shared expectations and, importantly, contribute toward ongoing

cybersecurity intelligence-sharing efforts and joint security objectives.

The proposed briefing will examine the evolving threat landscape as observed during the first months of 2025, with specific emphasis on developments of March-April 2025.

To ensure that the intelligence provided is actionable, timely, and distinctive, the session will cover operational insights into novel cyber adversaries. **The intelligence presented will rely exclusively on adversarial sources to which my team and I have unique visibility.**

Consistent with my previous briefings, this session will focus selectively on TLP: RED primary intelligence sources **rather than publicly available information, open-source data or open-source IOCs/CVEs, commentary on cybersecurity news, or retelling of intelligence initially identified by other vendors**.

This approach ensures the novelty, confidentiality, and direct actionability of the threat intelligence presented.

The full agenda of the briefing is included below:

**Cluster 1: Deployment – ransomware syndicates and their shifts in Spring 2025**
1. **INC-Lynx–Safeway–Nokoyawa alliance:** Largest event in the threat landscape; a unique threat review of the largest conglomerate of Russian-speaking ransomware.
2. **BlackSuit:** Latest updates on the largest post-Conti group and their preparations for another rebrand.
3. **BlackBasta actors post-disband:** How the Basta talent migration strengthened groups from Akira and Play to Qilin and Cactus and gave birth to a new Russian- and English-speaking ransomware alliance.
4. **Akira operations:** Continuous attempts to reset Conti.
5. **Dragongforce:** Bigger than RaaS; from consuming Ransomhub and the remains of LockBit to setting a new type of ransomware operation.

**Cluster 2: Precursors – botnet landscape in Spring 2025**
1. **Gremlin/Sharp/Hannibal:** A new evolving line of stealer-loaders introduced.
2. **Supershell:** Weaponization of Chinese spyware by Russian-speaking groups.
3. **Matanbuchus:** Hacktivist tool turning into a possible Emotet replacer.
4. **Bashlite/Gafgyt:** A sprawling IoT botnet network leveraging thousands of devices for relentless DDoS attacks.
5. **Manticora Loader:** A versatile loader from the creator of Ares — a new major contribution for ransomware precursors.

**Cluster 3: Secondary Infection Vectors – malware tools supporting ransomware campaigns across diverse environments**
1. **Hookbot:** Advanced Android access and session hijacking tool.
2. **Craxs RAT:** Corporate espionage and mobile ransomware tool.
3. **Stealc:** Modular stealer targeting browsers, wallets, and messengers.
4. **SpyNote:** Banking trojan with covert APK delivery capabilities.
5. **macOS Stealer:** Lightweight macOS infostealer with seed phishing.
6. **MonsterV2 - HVNC:** A tool for pre-ransomware hidden remote access and system control.
7. **VVS Stealer:** Telegram-based stealer with Discord injection.

**Cluster 4: Actor Weaponization of CVEs – what vulnerabilities do adversaries talk about and why?**

1. **CVE-2025-2005** in WordPress Front-End Users Plugin for exploitation of plugin functionality.
2. **CVE-2025-1767** in GitRepo for inadvertent exposure of local repositories.
3. **CVE-2025-1128** in Everest Forms Plugin for WordPress for RCE and privilege escalation.
4. **CVE-2025-26319** in Flowise for pre-auth arbitrary file upload and potential remote code execution.
5. **CVE-2024-3400** in PAN-OS GlobalProtect for arbitrary file creation leading to OS command injection.
6. **CVE-2025-32433** in Erlang/OTP SSH for remote code execution via malformed SSH input.
7. **CVE-2025-2825** in CrushFTP for unauthenticated administrative access and system compromise.

**Cluster 5: Initiation – ransomware vendor services**
1. Ransomware pre-attack OSINT.
2. Call-centers and their new use.
3. Actor vulnerability scanning.
4. Ransomware executive targeting.
5. Weaponization of legal threats in phishing and negotiations.

The briefing is structured to ensure objectivity, relevance, and actionable insights, and will last approximately 45–60 minutes, inclusive of dedicated time for questions and discussion.

Should you be interested in scheduling this briefing, please reply to this thread or reach out via this email address: yeliseybohuslavskiy@gmail.com.

For urgent matters involving Russian-speaking ransomware APTs, top-tier botnets, criminal forums, or exploited credentials, contact me via phone or Signal: +1 (202) 751-99-57.

Sincerely,

Yelisey Bohuslavskiy
Partner & Co-Founder at RedSense
yeliseybohuslavskiy@gmail.com
+1 (202) 751-99-57
**Disclaimer:** This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.