# EXHIBIT 1

September 13, 2024


Elisei Boguslavskii
7000 JFK Blvd E, Apt. 42D
Guttenberg, NJ  07093


Re:   Red Sense LLC


Dear Member:

Attached is your copy of the 2023 Partnership Form 1065 Schedule K-1 package.  This summarizes your information from the partnership.  This information has been provided to the Internal Revenue Service with the U.S. Partnership Return of Income, Form 1065.

The information provided on this schedule should be entered on your tax return in accordance with the Schedule K-1 instructions.  If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.

We thank you for the opportunity to serve you.

Sincerely,



Jeffrey D. Solomon, C.P.A.

651123

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2023**
For calendar year 2023, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Partnership |

**A** Partnership's employer identification number
0682

**B** Partnership's name, address, city, state, and ZIP code

RED SENSE LLC
109 E 17TH ST, STE 5968
CHEYENNE, WY 82001

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
***-**-****

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ELISEI BOGUSLAVSKII
7000 JFK BLVD E, APT. 42D
GUTTENBERG, NJ 07093

**G** ☒ General partner or LLC member-manager  ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.000000000 % | .2000000000 % |
| Loss | 0.000000000 % | .2000000000 % |
| Capital | 0.000000000 % | .2000000000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

For IRS Use Only

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    311261  12-09-23    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2023**

5

RED SENSE LLC                                                                    0682

---

SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

---

SCHEDULE K-1            SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE STATEMENT.

RED SENSE LLC                                                                    0682

SCHEDULE K-1                 CURRENT YEAR NET INCOME (LOSS) AND
                                 OTHER INCREASES(DECREASES)



SCHEDULE K-1                 SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

**List of Codes and References Used in Schedule K-1 (Form 1065)**











230106K 11019

DR 0106K (08/21/23)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
Page 1 of 3

# 2023 Colorado K-1

| ● Fiscal Year Beginning (MM/DD/23) | ● Fiscal Year Ending (MM/DD/YY) |
|---|---|
| | |

| ● Name of Partner or Shareholder | ● Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number |
|---|---|
| ELISEI BOGUSLAVSKII | \*\*\*–\*\*–\*\*\*\* |

| ● Address | ● City | ● State | ● ZIP |
|---|---|---|---|
| 7000 JFK BLVD E, APT. 42D | GUTTENBERG | NJ | 07093 |

● [ ] Resident   ● [X] Non-Resident

● [ ] Composite   ● [X] DR 0107 Included

● [ ] DR 0108 Filed   ● [ ] SALT Parity Election

| ● Name of Partnership or S Corporation | ● Partnership's or S Corporation's Colorado Account Number or FEIN |
|---|---|
| RED SENSE LLC | \*\*\*\*\*\*\*\* |

| ● Address | ● City | ● State | ● ZIP |
|---|---|---|---|
| 109 E 17TH ST, STE 5968 | CHEYENNE | WY | 82001 |

| **Partner's or Shareholder's:** | **A. Share of Income and Other items** | **B. Share of Income and Other Items Attributable to Colorado** |
|---|---|---|

340601  11-14-23



230106K 21019

DR 0106K (08/21/23)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
**Page 2 of 3**

| Name of Partner or Shareholder | | Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number |
|---|---|---|
| ELISEI BOGUSLAVSKII | | ***–**–**** |
| **Partner's or Shareholder's Share of Credits** | | **Amount** |

230106K 31019

DR 0106K (08/21/23)
**COLORADO DEPARTMENT OF REVENUE**
*Tax.Colorado.gov*
**Page 3 of 3**

| Name of Partner or Shareholder | Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number |
|---|---|
| ELISEI BOGUSLAVSKII | ***-**-**** |

Explain

DR 0107 (06/20/23)
**COLORADO DEPARTMENT OF REVENUE**
Denver CO 80261-0008
*Tax.Colorado.gov*
Page 1 of 1

230107 11019

# 2023 Colorado Nonresident Partner or Shareholder Agreement

| Taxable Year of Partner or Shareholder | | Taxable Year of Partnership or S Corporation | |
|---|---|---|---|
| Beginning MM/DD/YYYY | Ending MM/DD/YYYY | Beginning MM/DD/YYYY | Ending MM/DD/YYYY |
| 01/01/2023 | 12/31/2023 | 01/01/2023 | 12/31/2023 |

| Name and Address of Nonresident Partner or Shareholder | | Name and Address of Partnership or S Corporation | |
|---|---|---|---|
| SSN or ITIN | FEIN | Colorado Account Number | FEIN |
| ***-**-**** | | ******* | ████0682 |
| Last Name or Business Name | | Last Name or Business Name | |
| BOGUSLAVSKII | | RED SENSE LLC | |
| First Name | Middle Initial | First Name | Middle Initial |
| ELISEI | | | |
| Street or Mailing Address | | Street or Mailing Address | |
| 7000 JFK BLVD E, APT. 42D | | 109 E 17TH ST, STE 5968 | |
| City | | City | |
| GUTTENBERG | | CHEYENNE | |
| State | ZIP | State | ZIP |
| NJ | 07093 | WY | 82001 |

I agree to file a Colorado income tax return and make timely payment of all taxes imposed by the state of Colorado with respect to my share of the Colorado income of the Partnership or S Corporation named above. I also agree to be subject to personal jurisdiction in the state of Colorado for purposes of the collection of unpaid income tax together with related penalties and interest. I furthermore understand the Department of Revenue will consider the timely first filing of this agreement as applicable to all future filing periods unless notified otherwise.

| Taxpayer's or Authorized Agent's Signature | Date (MM/DD/YY) |
|---|---|
| | |

### Submit this agreement when filing the Colorado form DR 0106

A nonresident partner or shareholder can complete this form DR 0107 to establish that they will report the Colorado source income and pay the Colorado tax on any income derived from a Colorado partnership or S corporation.

This form shall be delivered by the nonresident partner or shareholder to the partnership or S corporation, which shall later be submitted by the partnership or S corporation with form DR 0106. This form need only to be filed with the Department for the year in which the agreement is made.

See the instructions for Nonresident Partners and Shareholders in the 106 Book and the income tax guidance publications available at *Tax.Colorado.gov* for more information.

340791 09-12-23

 

# 2023 Schedule 3K-1
MA233K1011019
Partner's Massachusetts Information

Year beginning  01012023    Ending  12312023

ELISEI BOGUSLAVSKII                      *** ** ****
7000 JFK BLVD E, APT. 42  GUTTENBERG              NJ 07093
RED SENSE LLC                           ▮0682
109 E 17TH ST, STE 5968   CHEYENNE               WY 82001

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Type of partner | Individual resident | **X** Individual nonresident | Resident trust or estate | Nonresident trust or estate |
| | S corporation | Partnership/other PTE | IRA | Corporation | Ch 62 exempt org | Ch 63 exempt org |

**A1.** Fill in if partner is a nonresident of Massachusetts  **X**

**A2.** Disregarded entity

Status of DE partner:    Domestic    Foreign

**B1.** Type of partner  **X** General partner or LLC member-manager    Limited partner or other member

**B2.** Indicate partner status  **X** Domestic partner    Foreign partner

**C.** Type of form submission    Final    Amended return

**D.** Fill in if there was a sale, transfer or liquidation of any part of this partnership interest during the tax year  **X**

**E.** Fill in if the partnership participated in one or more installment sales transactions

If Yes, indicate whether information has been communicated to the partner to calculate an addition to Massachusetts tax under M.G.L., ch. 62C, sec. 32A based on the following Internal Revenue Code (IRC) provisions (check all that apply)    IRC 453A    IRC 453(I)(2)(B)

**F.** Fill in if partner contributed property with built-in gain (loss)    If filled in provide partner's share of net unrecognized IRC §704(c) gain (loss):

Beginning:                    Ending:

357621 12-11-23

09/13/2024    11:16:17





**2023 Schedule 3K-1, pg. 2**
MA233K1021019

Partner's Massachusetts Information




### Partner's Share of Profit, Loss and Capital

| | | | | | |
|---|---|---|---|---|---|
| 31. | Percentage of profit | Beginning | 0.000000 | Ending | 0.002000 |
| 32. | Percentage of loss | Beginning | 0.000000 | Ending | 0.002000 |
| 33. | Percentage of capital | Beginning | 0.000000 | Ending | 0.002000 |

357622 12-11-23

09/13/2024   11:16:17



**2023 Schedule 3K-1, pg. 3**
MA233K1031019

Partner's Massachusetts Information
*** ** ****





357623  12-11-23

 

**2023 Schedule 3K-1, pg. 4**
MA233K1041019

Partner's Massachusetts Information
*** ** ****

357624 12-11-23

09/13/2024   11:16:17

5

**Schedule NJK-1**
(Form NJ-1065)

**State of New Jersey**
**Partner's Share of Income**

For Calendar Year 2023, or Fiscal Year Beginning _____ , 2023 and ending _____ , _____ .

1019
**2023**

| Part I | General Information |
|---|---|

Partner's SS # or Federal EIN (Do not use EIN of a disregarded entity. See instr.)
\*\*\*–\*\*–\*\*\*\*

Partnership's Federal EIN
███████0682

Partner's Name
**ELISEI BOGUSLAVSKII**

Partnership's Name
**RED SENSE LLC**

Street Address
**7000 JFK BLVD E, APT. 42D**

Partnership's Street Address
**109 E 17TH ST, STE 5968**

City                State      ZIP Code
**GUTTENBERG, NJ   07093**

City          State    ZIP Code
**CHEYENNE, WY  82001**

What type of entity is partner?        **RIG**
(see instructions)                Code

Date partner's interest in partnership began:  **07/01/2022**
                                        Month   Day   Year

☐ Final NJK-1        ☐ Hedge Fund
☐ Amended NJK-1     ☐ Member of Composite Return
☐ If the partner is a disregarded entity, check the box and enter the partner's:

_____        _____
Federal EIN                      Name

Enter partner's percentage of:

|  | (i) Before Decrease or Termination | (ii) End of Year |
|---|---|---|
| Profit Sharing | 0.000000000 % | .2000000000 % |
| Loss Sharing | 0.000000000 % | .2000000000 % |
| Capital Ownership | 0.000000000 % | .2000000000 % |

| Part II | Income Information |
|---|---|

| Part IV | Supplemental Information (Attach Schedule) |
|---|---|

**This Form May be Reproduced**

366981  11-27-23

1

13160913  737065  16327000              2023.04020 RED SENSE LLC                16327001



April 9, 2025


Elisei Boguslavskii
7000 JFK Blvd E, Apt. 42D
Guttenberg, NJ  07093



Re:    Red Sense LLC


Dear Member:

Attached is your copy of the 2024 Partnership Form 1065 Schedule K-1 package.  This summarizes your information from the partnership.  This information has been provided to the Internal Revenue Service with the U.S. Partnership Return of Income, Form 1065.

The information provided on this schedule should be entered on your tax return in accordance with the Schedule K-1 instructions.  If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.

A complete set of Schedule K-1 instructions is available at:  http://www.cbh.com/services/tax/.   These instructions are also available upon request.

We thank you for the opportunity to serve you.

Sincerely,

*Cherry Bekaert Advisory LLC*

Cherry Bekaert Advisory LLC

651123

# Schedule K-1
# (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2024
For calendar year 2024, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

## Part I   Information About the Partnership

**A** Partnership's employer identification number
0682

**B** Partnership's name, address, city, state, and ZIP code

RED SENSE LLC
ONE BOSTON PLACE, SUITE 2600
BOSTON, MA  02108

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
7004

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ELISEI BOGUSLAVSKII
7000 JFK BLVD E, APT. 42D
GUTTENBERG, NJ  07093

**G** ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | .2000000000 % | 25.0000000 % |
| Loss | .2000000000 % | 25.0000000 % |
| Capital | .2000000000 % | 25.0000000 % |

Check if decrease is due to:

☐ Sale or ☐ Exchange of partnership interest. See instructions.

For IRS Use Only

5

RED SENSE LLC

SCHEDULE K-1                    NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

PARTNER NUMBER 5

RED SENSE LLC

████ 0682

SCHEDULE K-1            CURRENT YEAR NET INCOME (LOSS) AND
OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
| --- | --- | --- |
| ████████████ | ████ | ████ |

SCHEDULE K-1            FOOTNOTES

THE COMPANY MET THE SMALL BUSINESS TAXPAYER EXCEPTION FOR
THE CURRENT YEAR SATISFYING THE GROSS RECEIPTS TEST UNDER
IRC SECTION 448(C).  THEREFORE, THE COMPANY IS NOT SUBJECT
TO IRC SECTION 163(J) LIMITATION ON BUSINESS INTEREST
EXPENSE.  PLEASE CONSULT YOUR TAX ADVISOR IF YOU ARE SUBJECT
TO IRC SECTION 163(J) AND MAY REQUIRE ADDITIONAL INFORMATION
FROM THE COMPANY.

SCHEDULE K-1            SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 5

**List of Codes and References Used in Schedule K-1 (Form 1065)**









240106K 11019

DR 0106K (11/27/24)
**COLORADO DEPARTMENT OF REVENUE**
Tax.Colorado.gov
**Page 1 of 3**



# 2024 Colorado K-1

| ● Fiscal Year Beginning (MM/DD/24) | | ● Fiscal Year Ending (MM/DD/YY) | | |
|---|---|---|---|---|

| ● Name of Partner or Shareholder | | ● Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number | | |
|---|---|---|---|---|
| ELISEI BOGUSLAVSKII | | ███████ 7004 | | |

| ● Address | | ● City | ● State | ● ZIP |
|---|---|---|---|---|
| 7000 JFK BLVD E, APT. 42D | | GUTTENBERG | NJ | 07093 |

● ☐ Resident  ● ☒ Non-Resident  |  ● ☒ Composite  ● ☐ DR 0107

● ☐ Excluded Nonresident  ● ☐ SALT Parity Election

| ● Name of Partnership or S Corporation | | ● Partnership's or S Corporation's Colorado Account Number or FEIN | |
|---|---|---|---|
| RED SENSE LLC | | ████ 9999 | |

| ● Address | | ● City | ● State | ● ZIP |
|---|---|---|---|---|
| ONE BOSTON PLACE, SUITE 2600 | | BOSTON | MA | 02108 |

| **Partner's or Shareholder's:** | ● **A. Share of Income and Other items** | ● **B. Share of Income and Other Items Attributable to Colorado** |
|---|---|---|

440601 12-09-24

DR 0106K (11/27/24)
**COLORADO DEPARTMENT OF REVENUE**
Tax.Colorado.gov
**Page 2 of 3**



240106K 21019

| Name of Partner or Shareholder | Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number |
|---|---|
| ELISEI BOGUSLAVSKII | ▆▆▆7004 |

| **Partner's or Shareholder's Share of Credits** | **Remaining Amount (excluding any credit applied towards composite tax)** |
|---|---|

240106K 31019

DR 0106K (11/27/24)
**COLORADO DEPARTMENT OF REVENUE**
Tax.Colorado.gov
**Page 3 of 3**



| Name of Partner or Shareholder | Partner's or Shareholder's SSN, ITIN, FEIN, or Colorado Account Number |
|---|---|
| ELISEI BOGUSLAVSKII | 7004 |

**Illinois Department of Revenue**

# Schedule K-1-P

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

**Year ending**

| 12 | 24 |
|---|---|
| Month | Year |

IL Attachment No. 12

---

## Step 1:    Identify your partnership or S corporation

**1** Check your business type  [X] partnership    [ ] S corporation

**2** RED SENSE LLC

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

**3** ▮▮▮▮▮0682

Enter your federal employer identification number (FEIN).

**4** Enter the apportionment factor from Form IL-1065 or Form IL-1120-ST, Line 42. Otherwise, enter "1."

---

## Step 2:    Identify your partner or shareholder

**5** ELISEI BOGUSLAVSKII
Name

**6** 7000 JFK BLVD E, APT. 42D
Mailing address

GUTTENBERG, NJ   07093
City                                              State          ZIP

**7** ▮▮▮▮7004
Social Security number or FEIN

**8** 25.0000000
Share (%)

**9a** Check the appropriate box. See instructions.

[X] individual    [ ] corporation    [ ] trust
[ ] partnership    [ ] S corporation    [ ] estate

**9b** To be completed by the recipient on Line 5 only.

I am a:  [ ] grantor trust    [ ] disregarded entity
and the amounts on this schedule will be reported by:

Name: _____

SSN or FEIN: _____

---

## Step 3:    Figure your partner's or shareholder's share of your nonbusiness income or loss

| | A<br>Member's share<br>(See instructions.) | B<br>Member's share<br>allocable to Illinois |
|---|---|---|

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.



Enter identification number from Line 7.

7004

## Step 5:  Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read
Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

|  | **A**<br>Member's share from<br>Form IL-1065 or IL-1120-ST | **B**<br>Member's share apportioned<br>or allocated to Illinois |
|---|---|---|
| **Additions** | | |

449132  01-10-25

Schedule K-1-P (R-12/24)   **ID: 2BX**          Printed by the authority of the state of Illinois - electronic only - one copy.          Page 2 of 3

Enter identification number from Line 7.

**7004**

**Step 7:** **Figure your partner's or shareholder's share of your Illinois credits, recapture, withholding, pass-through entity tax credit, and federal income subject to surcharge, continued.**

RED SENSE LLC

0682

IL SCH K-1-P MEMBER'S SHARE OF DISTRIBUTABLE BASE INCOME OR LOSS



PARTNER NUMBER 5



## 2024 Schedule 3K-1
MA243K1011019
Partner's Massachusetts Information

Year beginning  **01012024**    Ending  **12312024**

ELISEI BOGUSLAVSKII                    ███ 7004
7000 JFK BLVD E, APT. 42 GUTTENBERG              NJ 07093
RED SENSE LLC                          ███ 0682
ONE BOSTON PLACE, SUITE   BOSTON              MA 02108

**A.** Type of partner   Individual resident   **X** Individual nonresident   Resident trust or estate   Nonresident trust or estate
S corporation   Partnership/other PTE   IRA   Corporation   Ch 62 exempt org   Ch 63 exempt org
**A1.** Fill in if partner is a nonresident of Massachusetts   **X**
**A2.** Disregarded entity

Status of DE partner:   Domestic   Foreign
**B1.** Type of partner   **X** General partner or LLC member-manager   Limited partner or other member
**B2.** Indicate partner status   **X** Domestic partner   Foreign partner
**C.** Type of form submission   Final   Amended return
**D.** Fill in if there was a sale, transfer or liquidation of any part of this partnership interest during the tax year   **X**
**E.** Fill in if the partnership participated in one or more installment sales transactions
If Yes, indicate whether information has been communicated to the partner to calculate an addition to Massachusetts tax under M.G.L., ch. 62C, sec. 32A
based on the following Internal Revenue Code (IRC) provisions (check all that apply)   IRC 453A   IRC 453(l)(2)(B)
**F.** Fill in if partner contributed property with built-in gain (loss)   If filled in provide partner's share of net unrecognized IRC §704(c) gain (loss):
Beginning:   Ending:

## Partner's Distributive Share



457621 12-16-24

04/09/2025   09:33:17





**2024 Schedule 3K-1, pg. 2**
MA243K1021019

Partner's Massachusetts Information
7004



457622  12-16-24



**2024 Schedule 3K-1, pg. 3**
MA243K1031019

Partner's Massachusetts Information



7004



457623 12-16-24



**2024 Schedule 3K-1, pg. 4**
MA243K1041019

Partner's Massachusetts Information
7004



457624 12-16-24

04/09/2025    09:33:17

5

**Schedule NJK-1**

(Form NJ-1065)

**State of New Jersey**
**Partner's Share of Income**

1019
**2024**

For Calendar Year 2024, or Fiscal Year Beginning _____ , 2024 and ending _____ , _____ .

| **Part I** | **General Information** | |
|---|---|---|

| Partner's SS # or Federal EIN (Do not use EIN of a disregarded entity. See instr.) | Partnership's Federal EIN |
|---|---|
| ████ 7004 | ████ 0682 |

| Partner's Name | Partnership's Name |
|---|---|
| ELISEI BOGUSLAVSKII | RED SENSE LLC |

| Street Address | Partnership's Street Address |
|---|---|
| 7000 JFK BLVD E, APT. 42D | ONE BOSTON PLACE, SUITE 2600 |

| City          State      ZIP Code | City          State      ZIP Code |
|---|---|
| GUTTENBERG, NJ  07093 | BOSTON, MA  02108 |

What type of entity is partner?  RIG
(see instructions)                    Code

Date partner's interest in partnership began: 07/01/2022
Month   Day   Year

☐ Final NJK-1         ☐ Hedge Fund
☐ Amended NJK-1       ☐ Member of Composite Return

☐ If the partner is a disregarded entity, check the box and enter the partner's:

_____        _____
Federal EIN                          Name

Enter partner's percentage of:

| | (i) Before Decrease or Termination | (ii) End of Year |
|---|---|---|
| Profit Sharing | .2000000000 % | 25.0000000 % |
| Loss Sharing | .2000000000 % | 25.0000000 % |
| Capital Ownership | .2000000000 % | 25.0000000 % |

| **Part II** | **Income Information** |
|---|---|