# EXHIBIT 2

# RED SENSE LLC

## WRITTEN CONSENT OF THE MEMBERS

### MAY 28, 2024

The undersigned, being members of **RED SENSE LLC**, a Wyoming limited liability company (the "**Company**"), representing not less than the minimum percentage of membership interest that would be necessary to authorize or take the following actions at a meeting at which all membership interests entitled to vote thereon were present and voted (the "**Requisite Membership Interests**"), do hereby take, the following actions by written consent and without a meeting, which action shall have the same force and effect as if duly adopted at a meeting duly called and held at which a quorum was present and acting throughout:

**WHEREAS**, Michael Zeiger, holder of a membership interest in the Company and its then Chief Executive Officer ("Zeiger"), on March 21, 2024, informed the Company via telephone that he was the subject of a criminal investigation by the Federal Bureau of Investigations ("FBI") and that the FBI executed a search warrant at his residence on Colorado on Thursday, March 21, 2024;

**WHEREAS**, Zeiger, on March 22, 2024, informed the Company via telephone, that his further involvement with the Company may be unlawful or may materially and adversely affect the Company;

**WHEREAS**, Zeiger, on March 22, 2024, informed the Company via an in person encounter with Kevin Stear at the Zeiger residence, that (i) he voluntarily and irrevocably resigned, vacated, terminated and relinquished any employment relationship and any office, title or other position he held with the Company, including the office and title of Chief Executive Officer, and (ii) he withdrew, terminated, relinquished and waived any authority and rights, however gained in any capacity, including without limitation as a founder, member or equity holder, to actively participate in the management and governance of the Company, effective as of March 22, 2024 (the "Resignation and Withdrawal");

**WHEREAS**, David Montanaro, holder of a membership interest in the Company and its then Chief Revenue Officer ("Montanaro"), was appointed to succeed Zeiger as Chief Executive Officer effective on March 22, 2024, by unanimous vote of the members.

**NOW, THEREFORE, BE IT RESOLVED**, that, pursuant to and in accordance with the provisions of the Wyoming limited liability company statute (the "Act"), the undersigned members, hereby take the following actions:

**RESOLVED**, that Zeiger's Resignation and Withdrawal are acknowledged and accepted without reservation;

**RESOLVED**, that to the extent Zeiger's Resignation and Withdrawal are not deemed legally effective for any reason, then Zeiger shall be expelled as a participating and voting member of the Company in accordance with the provisions of the Act;

**RESOLVED**, that Montanaro's appointment Chief Executive Officer effective on March 22, 2024, by unanimous vote of the members is hereby ratified and confirmed;

**RESOLVED**, that Montanaro is duly authorized to engage legal counsel to enter into negotiations with Zeiger's attorney for the settlement of any and all disputes by and between Zeiger and the Company and its members, which shall include the return or redemption of any membership or equity interest Zeiger holds in the Company;

**RESOLVED**, that Montanaro, Kevin Stear and Yelisey Bohuslavskiy, each a member, employee and active participant the day-to-day operations and management of the Company, shall each be compensated, in the form of guaranteed payments or distributions as determined by the Company's accounting practices, at an annualized compensation rate of $280,000.00 effective immediately.

**RESOLVED FURTHER**, that Chief Executive Officer David Montanaro hereby is authorized, for and on behalf of the Company and in its name, to prepare, execute, acknowledge, file, record and deliver, under seal if required or desirable, all such other agreements, instruments and other documents, and to take all such other actions, as the officer or officers so acting shall deem necessary, desirable or convenient to give effect to, or otherwise carry out the purposes of, any of the foregoing resolutions and that the execution, acknowledgment, filing, recording or delivery of any such agreement, instrument or document, or the taking of any such action, by any such officer shall be conclusive evidence of its having been authorized by this resolution.

**RESOLVED FURTHER**, that all actions heretofore taken by the officers of the Company that would have been authorized if taken after adoption of the foregoing resolutions be, and they hereby are, approved, adopted, ratified, and confirmed in full.

This written consent and approval by the Requisite Membership Interests may be executed in any number of counterparts, each of which will be deemed an original but all of which together shall constitute one and the same instrument. The execution and delivery of a signature page hereto via facsimile or electronic transmission shall constitute the execution and delivery of the instrument as if an original signature had been received by the Company. This consent shall be filed with the records of the Company, and the actions set forth herein shall be treated for all purposes as votes duly taken at a meeting.

*[Remainder of Page Intentionally Left Blank; Signature Page Follows]*

The undersigned, who constitute all the eligible members of the Company, have executed this action by unanimous written consent as of the date first written above.

**MEMBERS:**

*Kevin Stear*
Kevin Stear

*[signature]*
Bryan VanSickle

*David Montanaro*
David Montanaro

*[signature]*
Yelisey Bohuslavskiy

*Tarik Rahmanovic*
Tarik Rahmanovic