# EXHIBIT 3

**Yelisey Boguslavskiy Letter to Partners Regarding Immigration-Based Attacks (January 23, 2025) (slight redaction for Law Enforcement Purposes)**

Dear RedSense Partners,

I am sorry to begin your mornings with this, but I do want to bring your attention to this immediate issue.

Yesterday, during my day off, Kevin Stear messaged me, accusing me of allegations of immigration fraud and business misconduct and threatening me with a report to the immigration authority, as well as implicitly threatening my family. The screenshots of his messages are attached.

These messages came during my celebration of my grandmother's birthday, for which I took the day off to be with my family. This is why it took me a while to process this.

However, since the allegations have been made, I would like to bring them to the attention of all partners, as these are dire accusations. As such, to respect proper business conduct, and general integrity, I consider this my ethical duty to inform the entirety of the RedSense leadership that such allegations against me exist.

I would also like to ask Stear to provide evidence and explanations for the claims made.

I would also like to state that I have never violated US immigration laws and have never been participating in immigration fraud. The same relates to running the business. As you know, since January 2023, I have been involved in a coordinated project with (...) law enforcement agencies, and as a part of this project, I as a subject of regular (...) checks and reviews of my work, my finances, and my activities. Considering that I have been passing all of these reviews successfully, I would assume that no wrongdoings exist.

Finally, I would like to address the moral component of this situation.

First of all, I consider — and hopefully, you would agree with me here — that threatening someone's family members is deeply inappropriate. As some of you know, all of my close family members are refugees as a result of the Russo-Ukrainian war. Specifically, my mother and my brother Igor, mentioned in these messages, were both arrested, interrogated, and severely threatened by the Russian authorities for their active participation in anti-war protests during the first weeks of the war. Both Igor and my mother had to flee the country, losing their homes, their jobs, and their previous lives. I would leave you to your consideration regarding Stear's moral

compass in the light of using my family's precarious position against me, but I personally consider this deeply disturbing.

Secondly, weaponizing my immigration case by suggesting immigration fraud on my end is deeply personal. As some of you know, I have been an active participant in the Russian opposition, working directly with the late Alexy Navalny and joining the Ukrainian Euromaidan. As a result, I have requested asylum in the United States back in 2016. This has been an extremely personal story for me, as this asylum claim is foundationally rooted in my beliefs. When I applied for asylum, I had an H1B at Kroll and could have simply waited on it for three years to get a green card. Instead, I dropped the H1B and fought for my case for 8 years, and was only able to push it by bringing the USCIS to a Court. As a result, after a 9-hour interview on November 6, 2024, the USCIS officially confirmed the I have proven my refugee claim and am qualified as a protected refugee due to my persecution in my home country and the impossibility of returning. I can assure you that the USCIS would have never made this conclusion if there had been any slightest hint of immigration violations. As such, the threat to report me to an immigration authority is profoundly offensive and unjust. Especially considering the political climate related to immigration unfolding right now. Overall, I think that threatening a refugee with a report to immigration authorities is simply one of those ethical lines, like calling out someone based on race, gender, or sexuality, that are simply not crossed in a civilized society.

Conclusions:

Back in April 2024, when Mike Zeiger's situation was unfolding, I used my role as RedSense chief investigator to call for Zeiger's suspension due to suspected funds mismanagement on his end — you have all received my email on this matter. While the suspension was not authorized, and while my further investigation concluded that no mismanagement had taken place, with that letter, I had created a precedent of stating that if there are allegations of fraud, the partner should be suspended until the investigation concludes.

As such, to preserve my business integrity and to remain consistent with the precedent that I myself have established, I am self-suspending myself from the role of Chief Research Officer, until the allegations against me are investigated and evidence is presented.

Kind Regards,

Yelisey