# EXHIBIT 5

**Yelisey Boguslavskiy Email to Partners Regarding Engineering Team — February 21, 2025**

Hello, Team,

I am addressing this to all RedSense partners with ownership in the company, as it concerns the overall standing of the organization.

David Montanaro unilaterally decided that our team of engineers will not be paid for their work from January 16 to February 16, as well as for future periods. He used his position as CEO to block the payment, despite informing me that the team would be paid and despite finance confirming the payment to me.

Based on this trend, ▓▓▓▓▓▓▓ position is also at risk.

As a result, the engineers will cease all duties effective immediately. This will directly impact our ability to address customer RFI requests. For context, these are the customers whose RFIs the engineering team has processed over the past four weeks:



Additionally, the team is actively supporting ▓▓▓ with dark web infiltrations and advanced SIGINT operations, while also conducting continuous monitoring of forum data and credential

data. We have three special engagements scheduled with █████████████████, all of which heavily depend on engineering support.

Without the engineers performing their duties, we will be unable to fulfill critical intelligence functions.

As a CRO, and as I am responsible for HUMINT and SIGINT provision dependent on engineers and Igor, I will have to inform the customers regarding the disruption early next week, if the operations are not restored.

I consider Mr. Montanaro's unilateral decision to withhold payment not only highly unethical but also extremely disruptive and irresponsible to the company's business.

This decision is particularly reckless given that the company is in a state of financial distress and facing insolvency, making customer relationships more crucial than ever.

I want to also anticipate any comments regarding the formal reason of holding the payment - i.e. the CIIAA signing. This cannot be used as justification for withholding payments for the following reasons:

1. The CIIAA was sent on February 20, while our engineers' payment period begins on the 16th of each month. Any new conditions should only apply to future payments, not past obligations.

2. I submitted an invoice on Friday, February 14, before the CIIAA was issued. At that time, David Montanaro assured me twice that the past month's payment would be processed, and finance confirmed it. There was no indication of any issue until today—one full week after the invoice was originally submitted.

3. The current CIIAA is poorly drafted and requires significant review, editing, and redlining. While this process takes place, the team should continue working.

4. For over two years, the company has functioned without a CIIAA. Though admitting that this is an important document, I don't see the extreme urgency for signing.

There is no justification for disrupting an entire division's operations or mistreating individuals who have invested in the company by withholding their overdue payments. This approach is unethical, unjust, and, most importantly, poses serious risks to contract renewals.

I urge shareholders to intervene and ensure the payment is approved today so we can fulfill our obligations to customers. Meanwhile, we will review, comment on, and finalize the CIIAA through proper due diligence—without undue pressure or coercion.