# EXHIBIT 6

From:

Yelisey Bohuslavskiy

7000 JFK Blvd E,

Gutenberg, New Jersey, 07093

(202) 751-99-57

To:

David Montanaro

CEO

Red Sense, LLC

109 E. 17th St., Suite #5968

Cheyenne, WY 82001

Subject: Resignation from Chief Research Officer

Dear David,

I am writing to formally resign from my position as Chief Research Officer at Red Sense, LLC, effective 11 AM Wednesday, February 26, 2025.

I find it necessary to step away as CRO due to ethical and operational concerns that I can no longer overlook. The absence of formalization of my role, breach of partnership agreements, legitimization and normalization of anti-immigrant hate speech by Red Sense executives, and, most importantly, critical mass mistreatment of my subordinates have all compromised my ability to act as a CRO.

Remaining in my role under these circumstances would conflict with my professional ethics and personal principles. For over a year, I have attempted to reason with the company leadership, as I had hoped for a resolution that aligned with the values I strive to uphold, but given the current state of affairs, I see no viable path forward within Red Sense.

To facilitate a smooth transition during this period. I will ensure that all outstanding responsibilities are appropriately documented to minimize disruption.

Naturally, I will continue to perform my role as a partner and strive to resolve the ongoing misalignments within the partnership and shareholder domains.

Sincerely,

Yelisey

*Elisei Boguslavskii*