Preetha Chakrabarti
Rachel Elaine Hsu (*pro hac vice* pending)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
pchakrabarti@crowell.com
rhsu@crowell.com

Anna Z. Saber (*pro hac vice* pending)
CROWELL & MORING LLP
3 Embarcadero, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
asaber@crowell.com

*Attorneys for Plaintiff Red Sense LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Red Sense LLC<br><br>            Plaintiff,<br><br>     v.<br><br>Yelisey Bohuslavskiy,<br> a.k.a. Elisei Boguslavskii<br><br>            Defendant. | Civil Action No. 2:25-cv-12281<br><br>**NOTICE OF CONSOLIDATED MOTION TO SEAL PURSUANT TO L. CIV. R. 5.3** |

PLEASE TAKE NOTICE that, on October 6, 2025, or as soon thereafter as counsel may be heard, Plaintiff Red Sense LLC (RedSense) will move before this Court for an Order sealing the following documents which contain RedSense's trade secret and confidential information:

a) The unredacted Reply Memorandum to Motion for Preliminary Injunction (ECF No. 37);

b) The unredacted Declaration of David Montanaro in Support of Reply Memorandum to Motion for Preliminary Injunction (ECF No. 37);

c) The unredacted Exhibit B to the Declaration of David Montanaro in Support of Reply Memorandum to Motion for Preliminary Injunction (ECF No. 37)

d) The unredacted Declaration of Andrea Surratt in Support of Reply Memorandum to Motion for Preliminary Injunction (ECF No. 37).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Plaintiff will rely upon the accompanying Declaration of David Montanaro in Support of the Consolidated Motion to Appeal and accompanying Appendix.

PLEASE TAKE FURTHER NOTICE that the unredacted Reply Memorandum, the Declarations of David Montanaro and Andrea Surratt, and Exhibit B to the Montanaro Declaration, which are subject to the Consolidated

Motion to Seal, have been filed under temporary seal with the Court pursuant to L. Civ. R. 5.3(c)(4).

PLEASE TAKE FURTHER NOTICE that a Proposed Order and Certificate of Service are submitted herewith.

Dated: August 25, 2025

CROWELL & MORING LLP

By: s/ *Preetha Chakrabarti*
Preetha Chakrabarti
pchakrabarti@crowell.com
Rachel Elaine Hsu (*pro hac vice* pending)
rhsu@crowell.com
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Anna Z. Saber (*pro hac vice* pending)
asaber@crowell.com
Crowell & Moring LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Plaintiff Red Sense LLC*