Preetha Chakrabarti
Rachel Elaine Hsu (*pro hac vice* pending)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
pchakrabarti@crowell.com
rhsu@crowell.com

Anna Z. Saber (*pro hac vice* pending)
CROWELL & MORING LLP
3 Embarcadero, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
asaber@crowell.com

*Attorneys for Plaintiff Red Sense LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Red Sense LLC<br><br>        Plaintiff,<br><br>   v.<br><br>Yelisey Bohuslavskiy,<br>a.k.a. Elisei Boguslavskii<br><br>        Defendant. | Civil Action No. 2:25-cv-12281<br><br>**DECLARATION OF PREETHA CHAKRABARTI IN SUPPORT OF RED SENSE LLC'S OPPOSITION TO MOTION TO ABSTAIN-IN-PART AND STAY** |

I, Preetha Chakrabarti, declare as follows:

1. I am a partner at Crowell & Moring LLP and counsel to Plaintiff Red Sense LLC ("RedSense"). I make this declaration in connection with RedSense's Opposition to Defendant's Motion to Abstain-in-Part and Stay. This declaration is based on my personal knowledge, including my conversations with others.

2. Defendant Yelisey Bohuslavskiy ("Bohuslavskiy") filed his Answer to RedSense's Complaint in the District of New Jersey Action on August 7, 2025 (ECF No. 23).

3. Bohuslavskiy's Answer included a reference to an ongoing action, Yelisey Bohuslavskiy v. Red Sense LLC, 2025-cv-0203503 (Wyo., 1st Jud. Dist. Ct.) that had been supposedly initiated in Wyoming state court on August 4, 2025 (the "Wyoming Action") (ECF No. 23 at 39). This was the first time I or RedSense became aware of this, because neither Bohuslavskiy nor his counsel had referenced the Wyoming Action in prior conferrals about the District of New Jersey Action.

4. Using the case number referenced in Bohuslavskiy's Answer, my firm accessed and saved a copy of the docket in the Wyoming Action. Attached to my declaration as Exhibit A is a true and correct copy of the docket for the Wyoming Action.

5. The Wyoming docket included a return of service of process upon RedSense. Attached to my declaration as Exhibit B is a true and correct copy of the

return of process document that a staff member at my firm was able to download from the Wyoming Action docket. This document states that service was made upon my client's registered agent in Wyoming on August 8, 2025. My client does not address the veracity of the return of service at this time, but it notes that it has not yet actually received any papers or notice from its agent in Wyoming.

6. My firm has received no other records, notice, or other information about the Wyoming Action. I have not formally appeared as RedSense's counsel in the Wyoming Action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on September 2, 2025 in New York, New York.

s/Preetha Chakrabarti
_____
Preetha Chakrabarti