# EXHIBIT A

**Submitted By:** Court | Plaintiff | Defendant

ⓘ Filter the transactions by clicking on the Court, Plaintiff, or Defendant button.

## Case History Search

Search Created:
8/21/2025 13:17:25 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| **Court:** WY Laramie County District Court 1st JD | **Judge:** Cooley, Robin | **File & ServeXpress Live Date:** 8/4/2025 |
| **Division:** | **Case Number:** 2025-CV-0203503 | **Document(s) Filed:** 5 |
| **Case Type:** Civil - Other | **Case Name:** Yelisey Bohuslavskiy vs. Red Sense LLC | **Date Range:** All |

⬇ Export    1-4 of 4 transactions    <<Prev  Page 1 of 1  Next>>

| Transaction | ▼Date/Time | Option | Case Number / Case Name | Authorizer / Organization | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|
| 76834598 | 8/8/2025 4:39 PM MDT | File Only | 2025-CV-0203503 Yelisey Bohuslavskiy vs. Red Sense LLC | Sean Larson, Hathaway & Kunz LLP | Summons Returned | Return of Service | Accepted | 0.3MB |
| 76784100 | 8/4/2025 10:22 AM MDT | File Only | 2025-CV-0203503 Yelisey Bohuslavskiy vs. Red Sense LLC | Sean Larson, Hathaway & Kunz LLP | Precipe | Precipe for Summons | Accepted | 0.1MB |
| | | | | | Proposed Summons for Issuance | Summons, | Accepted | 0.1MB |
| 76784059 | 8/4/2025 10:15 AM MDT | File Only | 2025-CV-0203503 Yelisey Bohuslavskiy vs. Red Sense LLC | File & ServeXpress Service, File & ServeXpress Service | Traditional Filing | Notice of Judge Assignment - Robin Cooley | Accepted | 0MB |
| 76783768 | 8/4/2025 9:56 AM MDT | File Only | 2025-CV-0203503 Yelisey Bohuslavskiy vs. Red Sense LLC | Sean Larson, Hathaway & Kunz LLP | Complaint - Initial Filing | Complaint | Accepted | 0.2MB |

1-4 of 4 transactions    <<Prev  Page 1 of 1  Next>>