# EXHIBIT B

WY Laramie County District Court
1st JD
Aug 08 2025 04:39PM
2025-CV-0203503
76834598

**FILED**

### IN THE FIRST JUDICIAL DISTRICT COURT
### COUNTY OF LARAMIE, STATE OF WYOMING
### DOCKET NUMBER 2025-CV-203503

**YELISEY BOHUSLAVSKIY aka ELISEI BOGUSLAVKII,**
　　　　Plaintiff,

vs.

**RED SENSE LLC, a Wyoming Limited Liability Company,**
　　　　Defendant,

### RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Summons and Complaint** and served the same at **1621 Central Avenue, Cheyenne, Wyoming** on **August 5, 2025** at **11:08 a.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Sierra Kennedy, Secretary for Wyoming Registered Agent as Registered Agent for Red Sense, LLC.**

1. _____　　　Personally and in person
2. _____　　　At usual place of abode
3. _X_　　　At usual place of employment ~ *Registered Agent*
4. _____　　　A person over the age of fourteen, residing at the usual place of abode of .
5. _____　　　An alternate location which is neither the residence or place of employment of .

Description of Person Served:

| | | | |
|---|---|---|---|
| Sex: | Female | Skin Color: | White |
| Height: | 5'4 - 5'8 | Weight: | 131 - 160 Pounds |
| Hair Color: | Brown | Eye Color: | Brown |
| Age: | 26 - 35 years old | Glasses: | Yes |

I declare under the penalty of perjury that this information is true.

_____
**George Gliem**
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this _8_ day of August, 2025 by **George Gliem**.

_____
Notary Public

My Commission Expires: NOV. 19, 2027

**Cost of Service:**　　　$35.00
**Client's Name:**　　　Hathwaya & Kunz

SAMANTHA GILLIAND
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166293
MY COMMISSION EXPIRES: NOV 19, 2027

Sean Larson, Wyo. Bar #7-5112
Connor Cassidy, Wyo. Bar #8-7270
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P.O. Box 1208 (82003-1208)
Cheyenne, WY 82001
Phone: 307-634-7723
Fax: 307-634-0985
slarson@hkwyolaw.com
ccassidy@hkwyolaw.com

COUNSEL FOR PLAINTIFF

| STATE OF WYOMING | ) | | IN THE DISTRICT COURT |
| | ) | SS: | |
| COUNTY OF LARAMIE | ) | | FIRST JUDICIAL DISTRICT |

| | |
|---|---|
| YELISEY BOHUSLAVSKIY, a.k.a. ELISEI BOGUSLAVSKII, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. _____ |
| RED SENSE LLC, a Wyoming Limited Liability Company, ) ) ) ) | |
| Defendant. ) | |

**SUMMONS**

TO:    Red Sense LLC
       c/o Wyoming Registered Agent
       1621 Central Ave
       Cheyenne, WY 82001

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorneys an answer to the Complaint, which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Petition within 30 days after service of this Summons upon you, exclusive of the day of service). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this _____ day of August, 2025.

(Seal of District Court)

**ISSUED**

2025-CV-0203503

08/04/2025

Clerk of District Court: *Diane Sanchez*

Issued By: Anabelle Baumhover