Preetha Chakrabarti
Rachel Elaine Hsu (*pro hac vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
pchakrabarti@crowell.com
rhsu@crowell.com

Anna Z. Saber (*pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
asaber@crowell.com

*Attorneys for Plaintiff Red Sense LLC, Third-Party Defendant David Montanaro, and Third-Party Defendant Kevin Stear*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Red Sense LLC<br><br>       Plaintiff,<br><br>  v.<br><br>Yelisey Bohuslavskiy,<br>a.k.a. Elisei Boguslavskii<br><br>       Defendant. | Civil Action No. 2:25-cv-12281-EP-AME<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(5)** |
| Yelisey Bohuslavskiy,<br><br>       Third-Party Plaintiff,<br><br>  v.<br><br>David Montanaro and Kevin Stear,<br><br>       Third-Party<br>Defendants. | |

PLEASE TAKE NOTICE that, on October 6, 2025, or another date set by the Court, the undersigned counsel for Third-Party Defendants David Montanaro and Kevin Stear ("Third-Party Defendants") shall move, pursuant to Fed. R. Civ. P. 12(b)(5), for an order dismissing the Third-Party Complaint (ECF No. 23) as to Third-Party Defendants[1]

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Third-Party Defendants shall reply upon the accompanying Brief in support of their Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Third-Party Defendants will rely upon the accompanying Declarations of David Montanaro and Kevin Stear.

PLEASE TAKE FURTHER NOTICE that a Proposed Order is submitted herewith.

Dated: September 8, 2025

CROWELL & MORING LLP
s/ Preetha Chakrabarti
Preetha Chakrabarti
pchakrabarti@crowell.com
Rachel Elaine Hsu (*pro hac vice*)
rhsu@crowell.com
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue

---

[1] The Third-Party Complaint also asserts claims against Red Sense LLC. RedSense's deadline to answer or respond to the Complaint is September 11, 2025. *See* Clerk's Text Order dated August 26, 2025.

New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
Anna Z. Saber (*pro hac vice*)
asaber@crowell.com
Crowell & Moring LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Attorneys for Plaintiff Red Sense
LLC, Third-Party Defendant David
Montanaro, and Third-Party
Defendant Kevin Stear*

3