# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Red Sense LLC<br><br>   Plaintiff,<br><br>v.<br><br>Yelisey Bohuslavskiy,<br>a.k.a. Elisei Boguslavskii<br><br>   Defendant.<br><br>Yelisey Bohuslavskiy,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>David Montanaro and Kevin Stear,<br><br>   Third-Party Defendants. | Civil Action No. 2:25-cv-12281-EP-AME<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(5)** |

  Third-Party Defendants David Montanaro and Kevin Stear ("Third-Party Defendants") have filed a motion to dismiss the Third-Party Complaint filed by Defendant and Third-Party Plaintiff Yelisey Bohuslavskiy ("Bohuslavskiy") pursuant to Federal Rule of Civil Procedure 12(b)(5) asserting insufficient service of process. Upon consideration of the Third-Party Defendants' Brief and supporting Declarations by each of the Third-Party Defendants, the Court hereby

finds that Bohuslavskiy failed to properly serve the Third-Party Defendants in any of the manners permitted by Fed. R. Civ. P. 4(e).

**IT IS HEREBY ORDERED** that Third-Party Defendants' Motion to Dismiss the Third-Party Complaint pursuant to Fed. R. Civ. P. 12(b)(5) is GRANTED.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
THE HONORABLE EVELYN PADIN
UNITED STATES DISTRICT JUDGE