

**Preetha Chakrabarti**
PChakrabarti@crowell.com
(212) 895-4327 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

November 4, 2025

The Honorable Evelyn Padin
Martin Luther King Building
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

<u>**Via CM/ECF**</u>

Re: *Red Sense LLC v. Bohuslavskiy (2:25-cv-12281-EP-AME)*

Dear Judge Padin:

  I write on behalf of Plaintiff Red Sense LLC ("RedSense"), and Third-Party Defendants David Montanaro and Kevin Stear, requesting a case management conference in the above captioned matter.

  Plaintiff initially filed its complaint in the above-captioned matter on June 27, 2025 (Dkt. No. 1) and filed a Motion for Preliminary Injunction based in its the false advertising and tortious interference claims on July 1, 2025 (Dkt. No. 7). Defendant Yelisey Bohuslavskiy filed an Answer and counterclaims on August 7, 2025 (Dkt. No. 23). Plaintiff filed an Answer to Defendant's counterclaims on September 11, 2025 (Dkt. No. 47). There are also four fully briefed motions pending: Plaintiff's Motion for Preliminary Injunction (Dkt. No. 7), Plaintiff's first Motion to Seal (Dkt. No. 12), Defendant's Motion to Stay (Dkt. No. 34), and Plaintiff's second Motion to Seal (Dkt. No. 39).

  Plaintiff and Third-Party Defendants respectfully request a case management conference to give the Parties an opportunity to discuss scheduling and discovery issues and to answer any outstanding questions that the Court may have about any of the pending motions in this matter. On behalf of Plaintiff and Third-Party Defendants, counsel reached out to counsel for Defendant on October 28, 2025, October 31, 2025, and November 4, 2025, asking whether Defendant wanted to join this request to the court, or had any response or objection to this request. Despite multiple outreaches, counsel for Defendant never responded.

  For these reasons, the Plaintiff and Third-Party Defendants respectfully request a case management conference.

  Sincerely,

  *s/Preetha Chakrabarti*
  Preetha Chakrabarti



*Counsel for Plaintiff and*
*Third-Party Defendants*