**KIM, LIM & PARTNERS**
Joshua S. Lim, Esq.
460 Bergen Boulevard, Suite 400
Palisades Park, New Jersey 07650-2345
Telephone: +1-201-585-7400
Facsimile: +1-201-585-7422
Elec. Mail: <joshualim@KLPlawyers.com>
*Attorneys for Defendant/Counterclaimant/Third Party Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RED SENSE LLC, a Wyoming limited liability company, <br><br> *Plaintiff/Counter-defendant*, <br><br> v. <br><br> YELISEY BOHUSLAVSKIY, *a/k/a* Elisei Boguslavskii, <br><br> *Defendant/Counterclaimant.* <br> YELISEY BOHUSLAVSKIY, <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> DAVID MONTANARO and KEVIN STEAR, <br><br> *Third-Party Defendants.* | Case no.: **2:25-cv-12281-EP-AME** <br><br><br> **CONSENT ORDER EXTENDING TIME TO PROPOSE REVISED BOND AMOUNT** |

THIS MATTER having been jointly presented to the Court by the plaintiff Red Sense LLC ("Plaintiff"), by and through its attorneys Crowell & Moring LLP, Preetha Chakrabarti appearing; and the defendant Yelisey Bohuslavskiy ("Defendant"), by and through his attorneys Kim, Lim & Partners, Joshua S. Lim appearing; and

WHEREAS, on November 21, 2025 the Court entered an Order under seal (ECF no. 61) (the "Sealed Order") granting in-part Plaintiff's application for a preliminary injunction; and

WHEREAS, the Sealed Order provides, *inter alia*, for a temporary bond in favor of Defendant and that the parties report within fourteen (14) days a status of negotiations to propose

an agreed amount of said bond or, in the absence of agreement to submit an analysis of the economic impact of the preliminary injunction pursuant to *In re Selenious Acid. Litig.* Case no. 2:24-cv-7791-BRM-LDW, 2025 WL 1900949, at *26; 2025 U.S. Dist. LEXIS 130532, at *85-86 (D.N.J. July 8, 2025); and

IT APPEARING that parties are negotiating in good faith over the names and values of customers and prospective customers covered by the injunction and, therefore, the fair amount of said bond; and

IT FURTHER APPEARING the parties agree a brief extension of seven (7) days would facilitate their negotiations and have stipulated to same;

NOW, THEREFORE, the Court having considered the parties' request, and for good cause appearing;

IT IS on this _____ day of DECEMBER 2025 hereby

ORDERED AND AGREED, as follows:

1. The deadline set forth in the aforesaid Order is hereby extended for seven (7) days.

SO ORDERED.

_____
THE HONORABLE EVELYN PADIN, U.S.D.J.

Consented as to form and entry:

CROWELL & MORING LLP
Attorneys for Plaintiff

*Preetha Chakrabarti*
Preetha Chakrabarti, Esq.
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Tel. +1-212-895-4327; Fax 212-223-4134
E-mail <pchakrabarti@crowell.com>
Dated December 5, 2025

KIM, LIM & PARTNERS
*Attorneys for Defendant*

/s *Joshua S. Lim*
Joshua S. Lim
460 Bergen Boulevard, Suite 305
Palisades Park, New Jersey 07650-2345
Tel.: +1-201-585-7400; Fax 201-585-7422
E-mail <joshualim@klplawyers.com>
Dated December 5, 2025