

Preetha Chakrabarti
PChakrabarti@crowell.com
(212) 895-4327  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

February 11, 2026

The Honorable Evelyn Padin
Martin Luther King Building
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

<u>**Via CM/ECF**</u>

   Re: *Red Sense LLC v. Bohuslavskiy*, No. 2:25-cv-12281-EP-AME

Dear Judge Padin:

  Plaintiff Red Sense LLC ("RedSense"), Third Party Defendants Kevin Stear and David Montanaro (collectively with RedSense, the "RedSense Parties"), and Defendant Yelisey Bohuslavskiy ("Bohuslavskiy") submit this joint letter.

  The parties jointly and respectfully request that the Court unseal its January 14, 2026 Order re Bond Amount (*see* ECF No. 88), subject to the redactions contained in Exhibit 1 to this letter, which reflect sensitive financial information including customer contract amounts, total revenues, and profit margins that RedSense treats as confidential information in its ordinary course of business.

  We respectfully request that the Court unseal its opinion with the redactions in Exhibit 1 to this letter. Thank you for your attention to this matter.

Respectfully submitted,

CROWELL & MORING LLP
Attorney for Plaintiff & Third-Party Defendants

*/s/ Preetha Chakrabarti*
Preetha Chakrabarti
Two Manhattan West, 375 Ninth Ave
New York, New York 10001
Tel: 212-895-4327
Fax: 212-223-4134
PChakrabarti@crowell.com

KIM, LIM & PARTNERS
Attorney for Defendant

*/s/ Joshua S. Lim*
Joshua S. Lim
460 Bergen Boulevard, Suite 305
Palisades Park, New Jersey 07650
Tel: 201-585-7400
Fax: 201-585-7422
Joshualim@klplawyers.com