UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RED SENSE LLC, a Wyoming limited liability company,<br><br>*Plaintiff/Counter-defendant*,<br><br>v.<br><br>YELISEY BOHUSLAVSKIY, *a/k/a* Elisei Boguslavskii,<br><br>*Defendant/Counterclaimant.*<br><br>YELISEY BOHUSLAVSKIY,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>DAVID MONTANARO and KEVIN STEAR,<br><br>*Third-Party Defendants*. | Civil Action No. 2:25-cv-12281-EP-AME<br><br>Hon. Evelyn Padin<br>Hon. André M. Espinosa, U.S.M.J.<br><br>**NOTICE OF JOINT MOTION TO SEAL PURSUANT TO L. CIV. R. 5.3**<br><br>**Motion Day: March 30, 2026** |

PLEASE TAKE NOTICE that on March 30, 2026, or as soon thereafter as counsel may be heard, Plaintiff Red Sense LLC ("RedSense"), Third-Party Defendants Kevin Stear and David Montanaro (collectively with RedSense, the "RedSense Parties"), and Defendant Yelisey Bohuslavskiy ("Bohuslavskiy"), by and through their respective undersigned counsel, shall move before the Honorable

André M. Espinosa, United States Magistrate Judge for the District of New Jersey, at the United States Courthouse, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order pursuant to Local Civil Rule 5.3 permanently sealing the following unredacted documents filed in this action (the "Unredacted Material"):

1.  The Unredacted Complaint and Exhibit C thereto (ECF No. 3);

2.  The Unredacted Memorandum in Support of RedSense's Motion for Preliminary Injunction, the Declaration of David Montanaro in Support thereof, Exhibit B to the Declaration of David Montanaro in Support thereof, and the Declaration of Damian Miller in Support thereof (ECF No. 8);

3.  The Unredacted Reply Memorandum in Support of RedSense's Motion for Preliminary Injunction, the Declaration of David Montanaro in Support thereof, and Exhibit B thereto (ECF No. 37); and

4.  The Unredacted Exhibit 1 to the December 5, 2025 Letter from Preetha Chakrabarti (ECF No. 63-1) (the "Opinion").

PLEASE TAKE FURTHER NOTICE that this motion is submitted jointly by all Parties pursuant to the Court's Order of February 5, 2026, and addresses only those items on which the Parties have reached full agreement. Items that remain disputed are reserved for a separate motion to be filed on or before March 27, 2026.

PLEASE TAKE FURTHER NOTICE that in support of this Joint Motion, the

Parties rely upon the accompanying Joint Memorandum of Law, the Declaration of David Montanaro in Support of the Joint Motion to Seal and accompanying Appendix A, and a proposed form of Order.

Dated: February 27, 2026

/s/ Preetha Chakrabarti

Preetha Chakrabarti
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 223-4000
Facsimile: (212) 223-4134

Anna Z. Saber (pro hac vice) Crowell & Moring LLP 3 Embarcadero Center, 26th Floor San Francisco, CA 94111 Telephone: (415) 986-2800 Facsimile: (415) 986-2827

Elissa N. Tenenbaum (pro hac vice)
Crowell & Moring LLP
300 N La Salle Dr, Suite 2500
Chicago, IL 60654
Telephone: (312) 321-4200

*Attorneys for Plaintiff & Third-Party Defendants*

/s/ Joshua S. Lim

Joshua S. Lim
Kim, Lim & Partners
460 Bergen Boulevard, Suite 400
Palisades Park, New Jersey 07650
Telephone: (201) 585-7400
Facsimile: (201) 585-7422

Nick J. Dubois
Kim, Lim & Partners
460 Bergen Boulevard, Suite 400
Palisades Park, New Jersey 07650
Telephone: (201) 585-7400
Facsimile: (201) 585-7422

*Attorney for Defendant*