**Crowell**

**Preetha Chakrabarti**
PChakrabarti@crowell.com
(212) 895-4327  direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

April 14, 2026

The Honorable André M. Espinosa
Martin Luther King Building
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**<u>Via CM/ECF</u>**

> Re: ***Red Sense LLC v. Bohuslavskiy**, No. 2:25-cv-12281-EP-AME*

Dear Magistrate Judge André M. Espinosa:

Per our discussion during today's status conference, counsel for Plaintiff Red Sense LLC and Third-Party Defendants David Montanaro and Kevin Stear confirm that they are available to attend in person on April 28, 2026 at 9:45 a.m. for the scheduled settlement conference. Third-Party Defendant David Montanaro will also attend in person.

Respectfully submitted,

*/s/ Preetha Chakrabarti*
Preetha Chakrabarti

cc: All Counsel of Record via ECF

crowell.com