HENRY L. KIM*†
JOSHUA S. LIM*†
KENDAL SIM*†
SEAN S. KWAK*†
NARAE YIM*
SALLY ABDULRAOUF†

\* Admitted in NY   † Admitted in NJ
‡ Admitted in CA & PA
§ Certified by the Supreme Court
  of New Jersey as a Civil Trial Attorney



**KIM, LIM & PARTNERS**
ATTORNEYS AT LAW

OF COUNSEL
NICHOLAS J. DUBOIS*†
JOHN CHEN*†
CRAIG A. BORGEN*†‡§

NY Office
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
F: 877.833.2007
Reply to NJ address only

460 Bergen Boulevard, Suite 400, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

July 16, 2026

**Via CM/ECF**
United States District Court for the District of New Jersey
ATTN: HON. ANDRE M. ESPINOZA, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:    REQUEST FOR STAY OF MOTION TO AMEND PENDING RESOLUTION OF
       MOTION TO WITHDRAW
       RED SENSE LLC v. BOHUSLAVSKIY; CIV. NO.: 2:25-cv-12281-EP-AME

Your Honor:

Please be reminded this office is still counsel of record for Defendant/Counterclaim/Third-Party Plaintiff Yelisey Bohuslavskiy ("Bohuslavskiy"). We write on behalf of Bohuslavskiy regarding a predicament that has arisen due to the pending Motion to Withdraw (ECF no. 103), coupled with the fast-approaching deadline to respond to opposing counsel's Motion to Amend (ECF no. 114), which together have left both undersigned counsel and Bohuslavskiy unable to take further action in the above-referenced matter.

As the Court is aware, on April 7, 2026, we filed a Motion to Withdraw (ECF no. 103) as Bohuslavskiy's counsel, at his request. By Text Order of June 1 (ECF no. 113), the Court had exercised its discretion to extend Plaintiff Red Sense LLC's time to move to amend its Complaint to June 29. Subsequently, on or about June 29, Plaintiff so moved.

Under L.Civ.R. 7.1(d)(2), Bohuslavskiy's opposition submission will be due on July 20, 2026, (14 days prior to the August 3 motion day). As we still appear as counsel of record, Mr. Bohuslavskiy is not yet authorized to oppose Plaintiff's application, which is what he desires to do.

Mr. Bohuslavskiy has instructed us not to file an opposition or otherwise take further action on the case until the Court rules on the Motion to Withdraw (ECF no. 103). Given this instruction, and the unresolved status of our representation, we find ourselves unable to properly respond to the motion to amend at this time without further guidance from the Court.

Under these circumstances, we respectfully request that the Court stay all proceedings on the Motion to Amend (ECF no. 114), including the deadline to respond, until such time as the

HON. ANDRÉ M. ESPINOZA, U.S.M.J.                    **KIM, LIM & PARTNERS**
July 16, 2026                    Request to Stay Motion to Amend Pending Withdrawal
Page 2                    *Red Sense LLC. v. Bohuslavskiy*, **2:25-cv-12281-EP-AME**

Court has ruled on the pending Motion to Withdraw (ECF no. 103). Once the withdrawal issue is resolved, Bohuslavskiy will be in a position to promptly address the Motion to Amend.

We are grateful for the Court's continued attention to this matter and appreciate its consideration of this request.

Respectfully submitted,


**KIM, LIM & PARTNERS**
*Attorneys for Defendant/Counterclaimant/*
*Third-Party Plaintiff*
/s/ *Joshua S. Lim*
Joshua S. Lim

cc:    Preetha Chakrabarti, Esq.
       Mr. Yelisey Bohuslavskiy