HENRY L. KIM*†
JOSHUA S. LIM*†
KENDAL SIM*†
SEAN S. KWAK*†
NARAE YIM*
SALLY ABDULRAOUF†

* Admitted in NY † Admitted in NJ
‡ Admitted in CA & PA
§ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

KIM, LIM & PARTNERS
ATTORNEYS AT LAW

OF COUNSEL
NICHOLAS J. DUBOIS*†
JOHN CHEN*†
CRAIG A. BORGEN*†‡§

NY Office
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
F: 877.833.2007
Reply to NJ address only

460 Bergen Boulevard, Suite 400, Palisades Park, NJ 07650
T: 201.585.7400 F: 201.585.7422

August 12, 2026

**Via CM/ECF**
United States District Court for the District of New Jersey
ATTN: HON. ANDRE M. ESPINOZA, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE: RED SENSE LLC v. BOHUSLAVSKIY; CIV. NO.: 2:25-cv-12281-EP-AME**
**REQUEST TO SCHEDULE SECOND MEDIATION CONFERENCE**

Your Honor:

Please be reminded this office is still counsel of record for Defendant/Counterclaim/Third-Party Plaintiff Yelisey Bohuslavskiy ("Bohuslavskiy"). On April 28, 2026, the parties participated in a Court-administered mediation before Your Honor. At the conclusion of the mediation, the parties agreed that an additional mediation session would be beneficial and potentially productive in facilitating a resolution of the matter.

Since that time, counsel for the parties have conferred with one another on multiple occasions and have also consulted with their respective clients regarding the status of the matter. Following these discussions, the parties agree that they are prepared to proceed with a second mediation conference before the Court.

Accordingly, the parties respectfully request that the Court schedule the second mediation conference at the earliest convenience of the Court, on a date and time that works for the Court's schedule. Additionally, given that certain parties are located out of state and would be required to travel to attend the mediation in person, the parties further respectfully request that, if feasible, the second mediation conference be conducted virtually. The parties believe that a virtual conference would facilitate participation by all concerned while avoiding the burden and expense of interstate travel. The parties appreciate the Court's time and consideration and remain hopeful that the upcoming mediation conference will assist in bringing this matter toward resolution.

As always, the Court's attention and courtesies in this matter are greatly appreciated.

Respectfully submitted,

**KIM, LIM & PARTNERS**
*Attorneys for Defendant/Counterclaimant/*
*Third-Party Plaintiff*
/s/ Joshua S. Lim
Joshua S. Lim, Esq.

cc: Preetha Chakrabarti, Esq.