HENRY L. KIM*†
JOSHUA S. LIM*†
KENDAL SIM*†
SEAN S. KWAK*†
NARAE YIM*
SALLY ABDULRAOUF†

* Admitted in NY † Admitted in NJ
‡ Admitted in CA & PA
§ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

KIM, LIM & PARTNERS
ATTORNEYS AT LAW

OF COUNSEL
NICHOLAS J. DUBOIS*†
JOHN CHEN*†
CRAIG A. BORGEN*†‡§

NY Office
164-01 Northern Boulevard, 2nd Floor
Flushing, NY 11358
F: 877.833.2007
Reply to NJ address only

460 Bergen Boulevard, Suite 400, Palisades Park, NJ 07650
T: 201.585.7400 F: 201.585.7422

August 14, 2026

**Via CM/ECF**
United States District Court for the District of New Jersey
ATTN: HON. EVELYN PADIN, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE: RED SENSE LLC v. BOHUSLAVSKIY; CIV. NO.: 2:25-cv-12281-EP-AME NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Your Honor:

Please be reminded this office is still counsel of record for Defendant/Counterclaim/Third-Party Plaintiff Yelisey Bohuslavskiy ("Bohuslavskiy"). Bohuslavskiy, by and through undersigned counsel, hereby respectfully submits this Notice of No Opposition to Plaintiffs' Motion to Amend Complaint. ECF No. 114.

As always, the Court's attention and courtesies in this matter are greatly appreciated.

Respectfully submitted,

**KIM, LIM & PARTNERS**
*Attorneys for Defendant/Counterclaimant/ Third-Party Plaintiff*
/s/ Joshua S. Lim
Joshua S. Lim, Esq.

cc: Preetha Chakrabarti, Esq.